1
2
3
4
5
6
7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  CHRISTOPHER MAMMY,                    1:10-cv-00885-SKO (HC)

12          Petitioner,                   ORDER GRANTING MOTION
                                          TO PROCEED IN FORMA PAUPERIS
13      vs.
                                          (DOCUMENT # 2)
14  ERIC HOLDER, ET. AL.,

15          Respondent.
                                    /
16

17      Petitioner is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to

18  28 U.S.C. § 2241.

19      Petitioner has filed a motion to proceed in forma pauperis. Examination of the application

20  reveals that petitioner is unable to afford the costs of this action. Accordingly, the motion to proceed

21  in forma pauperis is GRANTED. See 28 U.S.C. § 1915.

22  IT IS SO ORDERED.

23  **Dated:    May 20, 2010**              /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28