```
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| CHRISTOPHER MAMMY, | ) | 1:10-cv—00885-SKO-HC |
| | ) | |
| Petitioner, | ) | ORDER PERMITTING RESPONDENT TO |
| | ) | FILE DOCUMENTATION CONCERNING THE |
| | ) | MOTION TO DISMISS NOT LATER THAN |
| v. | ) | TEN (10) DAYS AFTER THE DATE OF |
| | ) | SERVICE OF THIS ORDER |
| ERIC HOLDER, Attorney General, | ) | |
| | ) | ORDER PERMITTING PETITIONER TO |
| Respondent. | ) | FILE OPPOSITION NO LATER THAN |
| | ) | SEVEN (7) DAYS AFTER SERVICE OF |
| | ) | RESPONDENT'S DOCUMENTATION |

Petitioner is being detained by the Immigration and Naturalization Service (INS) and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 636(c)(1), Petitioner has consented to the jurisdiction of the United States Magistrate Judge to conduct all further proceedings in the case, including the entry of final judgment, by manifesting consent in a signed writing filed by Petitioner on May 13, 2010 (doc. 4). However, Respondent has not filed a consent to the jurisdiction of the Magistrate Judge. Hence, the matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

Pending before the Court is the Respondent's motion to

1  dismiss, filed on October 7, 2010, in which Respondent seeks to
2  have the petition dismissed as moot because Petitioner was
3  released.

4      Although Respondent states that Respondent has submitted a
5  "DACS Custody Inquiry Screen" in support of the motion to dismiss
6  (Doc. 9, 1), review of the motion to dismiss and the exhibit
7  attached thereto reveals that no DACS document, document from the
8  custodial institution or authority, or other official document
9  has been submitted in connection with the motion.  Instead,
10 Respondent submitted only an itinerary for removal via United Air
11 Lines which indicates that reservations or tickets for a flight
12 out of the United States have been confirmed.  This documentation
13 does not constitute a DACS Custody Inquiry Screen and does not
14 otherwise establish that Petitioner has been released from INS
15 custody.

16     In order to conserve the resources of the Court and the
17 parties, the Court GRANTS to Respondent ten (10) days within
18 which to submit to the Court in support of the motion the DACS
19 Custody Inquiry Screen or other documentation that demonstrates
20 Petitioner's custodial status and release from INS custody.

21     Petitioner MAY FILE opposition to the motion to dismiss no
22 later than seven (7) days after service of Respondent's
23 documentation.

24
25 IT IS SO ORDERED.
26 **Dated:   November 2, 2010**          **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE
27
28